UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



WILLIAM COOPER,

        Plaintiff,

v.                      ACTION NO. 2:18cv534

ANDREW SAUL,
Commissioner of Social Security,

        Defendant.

## FINAL ORDER

Pro se Plaintiff William Cooper ("Cooper") brought this action seeking judicial review of the Social Security Administration's decision to withhold his full monthly benefit and deny him back payments in order to recover overpayments Cooper received as a result of a previous fraudulent claim.

This matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Local Rules of the United States District Court for the Eastern District of Virginia, for a report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on July 16, 2019, recommending that the Court deny Cooper's Motion for Leave to Amend his Complaint (ECF No. 9) as futile, grant the Government's Motion to Dismiss (ECF No. 12) for lack of jurisdiction and dismiss

the case without prejudice. By copy of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. No objections were filed by either party and the time for filing said objections has expired.

Having reviewed the record, and finding no error, the Court hereby **ADOPTS** the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on July 16, 2019. Therefore, Plaintiff's Motion for Leave to Amend his Complaint (ECF No. 9) is **DENIED**, Defendant's Motion to Dismiss (ECF No. 12) is **GRANTED,** and the case is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff is ADVISED that he may appeal from this Final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Said written notice must be received by the Clerk within sixty (60) days from the date of this Final Order.

The Clerk shall forward a copy of this Final Order to Plaintiff and to counsel of record for the Defendant.

/s/ MSD
Mark S. Davis
United States District Judge

Norfolk, Virginia
August 23, 2019